ATKINS, APPELLEE, *v.* CHUDOWSKY, APPELLANT.

[Cite as *Atkins v. Chudowsky,* 98 Ohio St.3d 1209, 2003-Ohio-1013.]

(No. 2001–2166—Submitted February 11, 2003—Decided March 19, 2003.)

{¶ 1} The cause is dismissed, sua sponte, as having been improvidently allowed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, WOLFF, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

WILLIAM H. WOLFF JR., J., of the Second Appellate District, sitting for COOK, J.

Kenneth R. Hurley, for appellee.

D. Chris Cook, for appellant.